| | |
|---|---|
| 1 | TIMOTHY COURCHAINE |
| | United States Attorney |
| 2 | District of Arizona |
| | Vincent J. Sottosanti |
| 3 | Thomas J. Aliberti |
| | Assistant U.S. Attorneys |
| 4 | United States Courthouse |
| | 405 W. Congress Street, Suite 4800 |
| 5 | Tucson, Arizona 85701 |
| | Telephone: 520-620-7300 |
| 6 | Email: vincent.sottosanti@usdoj.gov |
| 7 |       thomas.aliberti@usdoj.gov |
| | Attorneys for Plaintiff |

**VICTIM**

FILED
2026 FEB 11 PM 3: 55
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-00601 TUC-AMM(JEM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **I N D I C T M E N T** |
|     Plaintiff, | Violation: |
| vs. | 18 U.S.C. § 371 |
| | (Conspiracy to Commit an Offense against the United States: Theft of Government Property) |
| Richard Stefon Ramroop, (Counts 1-9) | **Count 1** |
| Manuel George Madrid, (Counts 1-6, 10-12) | 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud) **Count 2** |
| Defendants. | 18 U.S.C. § 1343 (Wire Fraud) **Counts 3-6** |
| | 18 U.S.C. § 1957 (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity) **Counts 7-12** |
| | 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1); 28 U.S.C. § 2461(c) **Forfeiture Allegation** |

**THE GRAND JURY CHARGES:**

**I.     Introductory Allegations:**

At all times material to this Indictment:

1. Richard Stefon RAMROOP, age 35, was a resident of Tucson, Arizona. RAMROOP was employed by the United States Air Force as a pharmacy technician. Since 2016 RAMROOP served at Davis-Monthan Airforce Base as the Noncommissioned Officer in Charge of the Satellite Pharmacy, where he supervised two sections. As a part of his official duties, RAMROOP was responsible for ordering medical supplies and prescription items for both the medical group and the pharmacy at Davis-Monthan Airforce Base.

2. Manuel George MADRID ("MADRID"), age 32, was the spouse of RAMROOP. MADRID lived in Tucson, Arizona.

**II.     Scheme to Defraud**

3. From approximately January 2022, through December 2025, defendants RAMROOP and MADRID engaged in a scheme to defraud the United States Government by purchasing medical devices, without authority, using United States funds, and thereafter stealing and reselling those devices for their own personal gain.

4. In furtherance of the scheme, RAMROOP used the Defense Medical Logistics Standard Support (DMLSS) system to place orders for thousands of medical devices. Orders placed through DMLSS are paid for by the United States Government through the United States Department of War. Between on or about January 2022 through December 2025 RAMROOP used DMLSS to unlawfully purchase over $3,000,000 in medical devices using funds belonging to the United States. The devices were shipped to Davis-Monthan Airforce Base in Tucson, AZ where the defendants stole the devices, removed them from the original shipping containers, and repackaged the devices into boxes for shipping. The defendants then sold the devices and shipped them to various retailers.

5. From 2022 through 2025, bank accounts controlled by RAMROOP and MADRID received over $11,000,000 in fraud proceeds through wire transfers, Automated

Clearing House (ACH) deposits, and other credits from companies engaged in the resale of medical test strips and devices, including: OTC Warehouse LLC, Keystone Medical Wholesale Inc., Teststripz LLC, Webuyteststrips, and Morningside Consulting. The defendants derived such proceeds unlawfully from the United States government and without lawful authority.

### III.   December 2025 Fraud and Theft Activity

6. As an example of how the scheme to defraud was committed: on or about December 15, 2025, RAMROOP placed an order in the DMLSS system for 300 Dexcom G6 Sensor S3 units for a total of $24,015.00. Dexcom G6 Sensor units are used by patients to monitor blood glucose levels. On December 16, 2025, multiple boxes consistent in size and appearance with packaging used for Dexcom G6 S3 Sensors were stacked on a shipping cart within the logistics warehouse located on Davis-Monthan Airforce Base, in Tucson, Arizona. On December 16, 2025, RAMROOP loaded multiple boxes from the logistics warehouse into the bed of his Ford Raptor pickup truck. RAMROOP drove to a gas station located just outside the base perimeter and exchanged vehicles with an unidentified male (herein referred to as UIM#1). UIM#1 drove the Ford Raptor with the stolen boxes to RAMROOP's residence located at 823 South Arizona Ave. and unloaded the boxes into the garage.

7. On or about January 13, 2026, boxes were removed from the garage of RAMROOP's residence and loaded into a UPS truck. On or about January 15, 2026, UPS was in possession of 35 boxes labeled as being shipped from RAMROOP to OTC Warehouse LLC (a medical resale company that had previously made deposits into the personal bank accounts of both RAMROOP and MADRID). The boxes contained Dexcom G6 Sensors and Transmitter kits consistent with the unauthorized orders that were made by RAMROOP using the United States Airforce's DMLSS.

## IV. Financial Analysis

8. Deposits from medical resellers accounted for nearly 90% of MADRID's income during the time period of this indictment.

9. Between January 2022 and October 17, 2025, RAMROOP's personal USAA Account #XXXXXX2086 received approximately $1,701,065.00 in deposits from medical resale companies. These deposits accounted for approximately 58% of RAMROOP's income for the same period. In addition, RAMROOP received an additional approximately $914,308.00 in transfers from MADRID's bank account during this time period. In total, nearly 90% of RAMROOP's income for this period was received directly from medical resale companies and transfers from MADRID's personal bank account.

10. RAMROOP's USAA bank account was primarily funded by deposits from medical resale companies while deposits attributable to his U.S. Airforce salary during that period accounting for only approximately 8% of his income for those three years, or a total of about $230,796.40.

11. RAMROOP and MADRID used the fraud proceeds to maintain a luxurious lifestyle including the purchase of luxury vehicles and real estate. Payments for these items were made directly from the personal bank accounts of RAMROOP and MADRID that received the fraud proceeds from the medical device sales. Examples of these purchases are contained below.

12. On or about February 5, 2024, a wire transfer in the amount of $1,059,730.15 and a check (Number 159) dated January 12, 2024, for $10,000 from MADRID's NFCU bank account (XXXXXX7468) were used to fund the purchase of property located at 4202 W. Anklam Rd in Tucson, Arizona as charged in Count 8 of the indictment.

13. On December 14, 2023, a personal check (Number 158) was written from MADRID's NFCU account (XXXXXX7468) to Porsche Tucson. Dealer paperwork from Porsche Tucson indicates that MADRID purchased a black 2024 Porsche Cayenne, VIN WP1AA2AY4RDA05899 in the amount of $141,443.34 as charged in Count 7 of the

indictment. This vehicle was seized by law enforcement from the Anklam Rd residence during the execution of a search warrant on January 15, 2026, and is pictured below:



14. On December 18, 2024, a personal cashier's check (Serial Number 460710408) was written from MADRID's NFCU account (XXXXXX7468) to Chapman BMW on Camelback in the amount of $195,397.59, for the purchase of a 2024 BMW i7, VIN WBY83EH02RCP17778 as charged in Count 9 of the indictment. Arizona Motor Vehicle Division (AZMVD) records further indicate that there is no lien on the vehicle and that ownership is jointly held by MADRID and RAMROOP. This vehicle was seized by law enforcement during the execution of a search warrant on January 15, 2026, and is pictured below:



15. On or about April 15, 2025, a wire transfer in the amount of $50,957.88 was posted from RAMROOP's USAA account (XXXXXX2086) to Penske Auto Group. This transaction corresponds to the purchase of a 2025 Mini Cooper VIN WMW23GX03S2X23683 as charged in Count 10 of the indictment. This vehicle was seized by law enforcement during the execution of a search warrant on January 15, 2026, and is pictured below:



16. On or about July 16, 2025, a wire transfer in the amount of $120,999.95 was posted from RAMROOP's USAA account (XXXXXX2086) to Chapman Scottsdale Autoplex. This transaction corresponds to the purchase of a 2025 Jeep Wrangler VIN 1C4RJXSJ5SW582096 as charged in Count 11 of the indictment. This vehicle was seized by law enforcement from the Anklam Rd residence during the execution of a search warrant on January 15, 2026, and is pictured below:



17. On or about July 28, 2025, a wire transfer in the amount of $128,243.09 was posted from RAMROOP's USAA account (XXXXXX2086) to Jim Click Ford. This transaction was the purchase of the 2025 Ford Raptor observed during surveillance on December 16, 2025, with the VIN 1FTFW1RG9SFB57783 as charged in Count 12 of the indictment. This vehicle was seized by law enforcement during the execution of a search warrant on January 15, 2026, and is pictured below:



## COUNT 1
**Conspiracy to Commit an Offense Against the United States: Theft of Government Funds**
**[18 U.S.C. § 371]**

18. The factual allegations alleged in paragraphs 1-17 above are re-alleged and incorporated below.

19. From a time unknown, but at least from on or about January 2022, and continuing thereafter through on or about December, 2025, in the District of Arizona, and elsewhere, the defendants, Richard Stefon RAMROOP and Manuel George MADRID knowingly and intentionally combined, conspired, and agreed with each other, and others known and unknown to the grand jury, to commit an offense against the United States, that is, to knowingly and willfully embezzle, steal, and convert to his and her own use or the use of another, with intent to deprive the owner of the use and benefit of the money and

property belonging to the United States having a value of more than $1,000.00, in violation of Title 18, U.S.C. § 641.

20. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the District of Arizona:

    a. On August 11, 2022, RAMROOP ordered 100 units of Dexcom G6 Sensors at a cost to the United States of $7,992.00.

    b. On August 22, 2022, RAMROOP and MADRID received $5,000.00 dollars from OTC Warehouse.

    c. On February 3, 2025, RAMROOP ordered 300 units of Dexcom G6 Sensors at a cost to the United States of $24,954.00.

    d. On February 20, 2025, RAMROOP and MADRID received $456,795.00 dollars from OTC Warehouse.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Conspiracy to Commit Wire Fraud
### [18 U.S.C. §1349]

21. The factual allegations in paragraphs 1-17 above are re-alleged and incorporated below.

22. From at least January 2022, through on or about December 2025, in the District of Arizona, the defendants, Richard Stefon RAMROOP and Manuel George MADRID, knowingly and intentionally combined, conspired, and agreed with each other to knowingly execute and attempt to execute a scheme and artifice to defraud, and a scheme and plan to obtain money by means of material false and fraudulent representations and promises and the intentional concealment of material facts, in violation of Title 18, United States Code, Section 1343 (Wire Fraud).

### Manner/Means of the Conspiracy/Scheme to Defraud

23. The co-conspirators engaged in a scheme to defraud the United States Government and the Department of War as described in paragraphs 1-17 of the indictment

the object of which was to steal property belonging to the United States Government and resell that property for personal gain. In furtherance of the fraud scheme, RAMROOP used funds belonging to the Department of War to order thousands of medical devices through the DMLSS system. By using DMLSS and Department of War funds to purchase the medical devices, RAMROOP fraudulently misrepresented that the medical devices were to be supplied to pharmacies owned by the Department of War. RAMROOP and MADRID instead stole those devices and sold them for personal gain.

24. As an essential part of the scheme to defraud, and in furtherance of the conspiracy, the co-conspirators knowingly caused to be used at least one or more wire communications that traveled in interstate commerce.

All in violation of Title 18 United States Code, Section 1349.

## COUNTS 3-6
### Wire Fraud
### [18 U.S.C. § 1343]

25. The factual allegations alleged in paragraphs 1-17 above are re-alleged and incorporated below.

26. From at least January 2022, through on or about December 2025, in the District of Arizona, the defendants, Richard Stefon RAMROOP and Manuel George MADRID, with intent to defraud knowingly participated in, devised, and intended to devise, a scheme and artifice to defraud, and a scheme and artifice to obtain money by means of materially false and fraudulent representations, promises, and the intentional concealment of material facts. Example of some of the interstate wire transmissions that occurred in furtherance of the scheme are set forth below:

### Execution of the Scheme by Wire Communication

27. On or about the dates listed below, within the District of Arizona, and elsewhere, defendants, for the purpose of and as an essential part of executing the scheme to defraud, transmitted, and knowingly caused to be transmitted by means of wire and

*United States of America v. Richard Stefon Ramroop and Manuel George Madrid*
*Indictment Page 9 of 13*

electronic communication signals in interstate commerce, for the purpose of executing said scheme and artifice to defraud as set forth in each count below relating to each transaction:

| Count | Defendant | Date | Amount | Description |
|---|---|---|---|---|
| 3 | MADRID RAMROOP | 10/21/2022 | $29,000.00 | Bank Wire Deposit: OTC Warehouse |
| 4 | MADRID RAMROOP | 06/27/2023 | $87,024.00 | Bank Wire Deposit: OTC Warehouse |
| 5 | MADRID RAMROOP | 08/12/2024 | $439,600.00 | Bank Wire Deposit: OTC Warehouse |
| 6 | MADRID RAMROOP | 02/20/2025 | $456,795.00 | Bank Wire Deposit: OTC Warehouse |

All in violation of Title 18, United States Code, Section 1343.

## COUNTS 7-12
**Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity**
**[18 U.S.C. § 1957]**

1. The factual allegations alleged in paragraphs 1-17 above are re-alleged and incorporated below.

2. From a time unknown, but at least from January 2022 through on or about December 2025, in the District of Arizona, and elsewhere, Richard Stefon RAMROOP and Manuel George MADRID knowingly engaged in monetary transactions from their accounts located at Navy Federal Credit Union and USAA, of a value greater than $10,000, occurring within the United States, with funds criminally derived from theft of government property as alleged in Count 1 of this Indictment with each transaction being a separate count of this Indictment in violation of Title 18, United States Code, Section 1957.

| Count | Date | Form of Payment | Amount | Sender | Recipient | Description |
|---|---|---|---|---|---|---|
| 7 | 12/14/2023 | Personal Check | $141,443.34 | MADRID | Porsche Tucson | Purchase 2024 Porsche Cayenne |
| 8 | 2/5/2024 | Wire Transfer | $1,059,730.15 | MADRID | Pioneer Title Agency | Purchase house: 4202 W. Anklam Rd. |
| 9 | 12/18/2024 | Cashiers Check | $195,397.59 | MADRID | Chapman BMW on Camelback | Payment to Chapman for Purchase of BMW 2024 i7 |

*United States of America v. Richard Stefon Ramroop and Manuel George Madrid*
*Indictment Page 10 of 13*

| Count | Date | Form of Payment | Amount | Sender | Recipient | Description |
|---|---|---|---|---|---|---|
| 10 | 4/15/2025 | Wire Transfer | $50,957.88 | RAMROOP | Penske Automotive | Purchase 2025 Mini Cooper S |
| 11 | 7/16/2025 | Wire Transfer | $120,999.95 | RAMROOP | Chapman Scottsdale | Purchase from Chapman Scottsdale Jeep Rubicon |
| 12 | 7/28/2025 | Wire Transfer | $128,243.09 | RAMROOP | Jim Click Ford | Purchase 2025 Ford F-150 Raptor |

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Six alleged in this Indictment, the defendants, Richard Stefon RAMROOP and Manuel George MADRID, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

Upon conviction of Counts Seven through Twelve alleged in this Indictment, the defendants, Richard Stefon RAMROOP and Manuel George MADRID, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all right, title, and interest in any property, real or personal, involved in such offenses, or any property traceable to such property.

The property to be forfeited includes, but is not limited to, the following:

- $207,748.82 in United States currency, seized from JP Morgan Chase Bank account XXXXX8585;
- $765,328.23 in United States currency, seized from Navy Federal Credit Union account XXXXXX0485;
- $213,807.43 in United States currency, seized from Navy Federal Credit Union account XXXXXX7468;
- One 2025 Ford F150 Raptor, VIN: 1FTFW1RG9SFB57783;
- One 2025 Mini Cooper S Convertible, VIN: WMW23GX03S2X23683;
- One 2025 Jeep Wrangler Rubicon, VIN: 1C4RJXSJ5SW582096;
- One 2026 BMW X7 Alpina XB7, VIN: 5UX43EM02T9282141;

*United States of America v. Richard Stefon Ramroop and Manuel George Madrid*
Indictment Page 11 of 13

- One 2024 Porsche Cayenne, VIN: WP1AA2AY4RDA05899;
- One 2024 BMW i7 M70, VIN: WBY83EH02RCP17778;
- One 2026 Cadillac Escalade Sport Platinum, VIN: 1GYS9GKL3TR106581;
- Assorted memorabilia;
- Assorted luxury clothing, shoes, and bags;
- Assorted jewelry and watches;
- The real property located at 4202 W. Anklam Road, Tucson, Arizona 85745, with any and all improvements, fixtures and appurtenances attached thereto and thereon, with Pima County Parcel ID 116-08-003E; and
- A sum of money equal to the proceeds traceable to or involved in the offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third person; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property including, but not limited to, all property, both real and personal, owned by the defendants.

///
///
///

*United States of America v. Richard Stefon Ramroop and Manuel George Madrid*
*Indictment Page 12 of 13*

All in accordance with Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), Title 28, United States Code, Section 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: February 11, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
VINCENT J. SOTTOSANTI
THOMAS J. ALIBERTI
Assistant U.S. Attorneys