TIMOTHY COURCHAINE
United States Attorney
District of Arizona
VINCENT J. SOTTOSANTI
THOMAS J. ALIBERTI
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: vincent.sottosanti@usdoj.gov
thomas.aliberti@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>            v.<br><br>Richard Stefon Ramroop,<br><br>Manuel George Madrid,<br><br>                Defendants. | CR 26-00601-TUC-AMM (JEM)<br><br>LIS PENDENS<br><br>As to:<br>4202 W. Anklam Road,<br>Tucson, Arizona 85745<br><br>Titled owner:<br>Sylvia Leeth |

NOTICE IS GIVEN that the above-captioned action has been commenced and is now pending; that this action may affect the title to property situated in Pima County, Arizona, known as and located at 4202 W. Anklam Road, Tucson, Arizona 85745, with Pima County Assessor parcel number 116-08-003E, more particularly described as:

> That portion of the Northeast quarter of the Northwest quarter of Section 7, Township 14 south, Range 13 East Gila and Salt River Base and Meridian, Pima County, Arizona, more particularly described as follows:
>
> Commencing at the North quarter corner of said Section 7;
>
> Thence South 00 degrees, 23 minutes, 40 seconds East along the East line of the Northwest quarter a distance of 612.73 feet to the point of beginning.
>
> Thence continuing South 00 degrees, 23 minutes, 40 seconds East a distance of

370.00 feet to a point on the Northerly right of way line Gates Pass Road, according to the Book 4 of Road Maps and Plats at page 92, records of Pima County, Arizona.

Thence North 69 degrees, 58 minutes, 09 seconds West along said right of way line a distance of 111.15 feet to a point curvature concave to the Southwest and a radius of 1,402.40 feet;

Thence along said curve and the North right of way line a distance of 562.72 feet;

Thence continuing along said right of way line, North 46 degrees, 58 minutes, 44 seconds West a distance of 382.79 feet;

Thence South 75 degrees, 31 minutes, 36 seconds East a distance of 886.32 feet to the Point of Beginning.

titled to Sylvia Leeth, an unmarried woman, as evidenced by the Warranty Deed, signed on May 31, 2025, and recorded on June 2, 2025, at Sequence Number 20251530164, records of the Pima County Recorder, Tucson, Arizona.

That this action is to forfeit this property for violations of Title 18, United States Code, Sections 371, 641, 1343, 1349, and 1957, as against all other persons known or unknown claiming any right, title, estate, lien or interest in said real property including more particularly the interest, if any, of Richard Stefon Ramroop and Manuel George Madrid. This property is forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461(c).

Dated this 12th day of February, 2026.

    TIMOTHY COURCHAINE
    United States Attorney
    District of Arizona

    *s/Vincent J. Sottosanti*

    VINCENT J. SOTTOSANTI
    THOMAS J. ALIBERTI
    Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 12th day of February, 2026, to:

Sean M. McNally, Esq.
Suzuki Law Offices
2929 E. Camelback Road, Suite 224
Phoenix, Arizona 85016
Attorney for Defendant Ramroop

Efthymios S. Katsarelis, Esq.
Katsarelis Law PLLC
177 N. Church Avenue, Suite 900
Tucson, Arizona 85701
Attorney for Defendant Madrid

Sylvia Leeth
Tucson, Arizona